# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HYUNG KIM,                                      Civil 09-0784 (JRT/JSM)

             Plaintiff,

v.                                             **ORDER ADOPTING REPORT AND RECOMMENDATION**

SECURITAS INC.,

             Defendant.

---

Hyung Kim**,** 2006 Portland Avenue South #352, Minneapolis, MN 55404, pro se plaintiff.

Paul Peterson and Sarah Morris, **LIND JENSEN SULLIVAN & PETERSON, PA**, 150 South Fifth Street, Suite 1800, Minneapolis, MN 55402, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 12, 2010 [Docket No. 22]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

       **IT IS HEREBY ORDERED** that:

1.     Defendant Securitas Security Services USA, Inc.'s Motion for Summary Judgment [Docket No. 13] is **GRANTED**; and

2. Plaintiff's claims against defendant are **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 1, 2010
at Minneapolis, Minnesota

                                                          s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                      United States District Judge